IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ANGEL GARCIA, ET AL., | : |
| Plaintiffs, | : |
| v. | : Civil Case No.: 1:16-cv-02533-RMC |
| PROFESSIONAL HOME SOLUTIONS, LLC, ET AL., | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss the above-captioned action, without prejudice.

            Respectfully submitted,

            STEIN SPERLING BENNETT
            DE JONG DRISCOLL PC

By:     /s/ *Mary Craine Lombardo*
            Mary Craine Lombardo (495881)
            25 West Middle Lane
            Rockville, Maryland 20850
            (301) 340-2020
            (301) 354-8126 – fax
            mlombardo@steinsperling.com

            *Attorneys for Plaintiffs*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

5219469_1